

MARTY KIAR BROWARD COUNTY PROPERTY APPRAISER

| | | | |
|---|---|---|---|
| Site Address | 18670 SW 39 COURT, MIRAMAR FL 33029 | ID # | 5139 25 05 3810 |
| Property Owner | GUZMAN, CARLOS G & SUSANA T | Millage | 2713 |
| Mailing Address | 18670 SW 39 CT MIRAMAR FL 33029 | Use | 01-01 |

| | |
|---|---|
| Abbr Legal Description | SUNSET LAKES PLAT TWO 166-24 B LOT K47 |

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

* 2023 values are considered "working values" and are subject to change.

| Property Assessment Values | | | | | |
|---|---|---|---|---|---|
| Year | Land | Building / Improvement | Just / Market Value | Assessed / SOH Value | Tax |
| 2023 | $93,190 | $744,890 | $838,080 | $678,980 | |
| 2022 | $93,190 | $744,890 | $838,080 | $678,980 | |
| 2021 | $93,190 | $613,590 | $706,780 | $659,210 | $12,955.19 |

| 2023 Exemptions and Taxable Values by Taxing Authority | | | | |
|---|---|---|---|---|
| | County | School Board | Municipal | Independent |
| Just Value | $838,080 | $838,080 | $838,080 | $838,080 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH 02 | $678,980 | $678,980 | $678,980 | $678,980 |
| Homestead 100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $628,980 | $653,980 | $628,980 | $628,980 |

| Sales History | | | |
|---|---|---|---|
| Date | Type | Price | Book/Page or CIN |
| 8/28/2001 | SWD | $609,100 | 32118 / 69 |
| 11/15/1999 | QC* | $100 | 30032 / 71 |
| | | | |
| | | | |
| | | | |

* Denotes Multi-Parcel Sale (See Deed)

| Land Calculations | | |
|---|---|---|
| Price | Factor | Type |
| $7.00 | 13,000 | SF |
| $0.51 | 4,302 | SF |
| | | |
| | | |
| Adj. Bldg. S.F. (Card, Sketch) | | 4512 |
| Units/Beds/Baths | | 1/6/4 |
| Eff./Act. Year Built: 2002/2001 | | |

| Special Assessments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
| 27 | | | 5I | | | MM | | |
| R | | | 5I | | | | | |
| 1 | | | .4 | | | 1 | | |